UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                          TELEPHONE (334) 954-3600

May 15, 2024

## **Notice to Pro Se Party – Service Material**

Tommy Kendrick Williams
270 County Road 41
Clio, AL 36017

Re:     Williams v. Reece et al
Civil Action No. 2:24-cv-00287-ECM-JTA

       The above referenced case has been filed in this court on May 14, 2024. However, you failed to include proposed summons and service material to be served on the defendant(s) in this case.

       Please file with the Clerk's Office as soon as possible two proposed summons per defendant, one copy of the complaint per defendant, completed envelopes with certified mail return receipt requested postage affixed, certified mail green cards, and certified mail return receipt cards as soon as possible. (When serving a federal defendant, please refer to FRCP 4 for guidance regarding proper service). However, if you are requesting waiver of service on new cases, please follow the simple instructions listed below:

1) When the "Request for Waiver" is signed, dated, and mailed; a copy of the Request must be filed with the court. This sets a projected due date for an Answer to be filed.

2) When the "Waiver of Service of Summons" is returned to you signed by the defendant or their counsel, the original of the Waiver must be filed with the court. This is the proof of service.

       You may locate the summons (AO440), request for waiver (AO398) and waiver of service (AO399) forms on our webpage at [www.almd.uscourts.gov/forms](www.almd.uscourts.gov/forms).

       If we can be of further assistance, please contact our office.

                                                               TREY GRANGER, CLERK