**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheriff Tyrone Smith
24 Robertson Airport Rd
Clayton, AL 36016

9590 9402 8316 3094 1197 35

2. Article Number (Transfer from service label)
7021 1970 0000 7110 3814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kassedi Smith
☒ Agent
☐ Addressee

B. Received by (Printed Name): Kassidi Smith
C. Date of Delivery: 5/24/24

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type: SAC
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery 24cv287

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tracey Reece (BCSO)
24 Robertson Airport Rd
Clayton, AL 36016

9590 9402 8316 3094 1197 42

2. Article Number (Transfer from service label)
7021 1970 0000 7110 3807

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kassidi Smith
☐ Agent
☒ Addressee

B. Received by (Printed Name): Kassidi Smith
C. Date of Delivery: 5/24/24

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type: SAC
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery 24cv287

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt