IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY KENDRICK WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-cv-287-ECM-JTA |
| ) | (WO) |
| LT. DEPUTY TRACEY REECE and ) | |
| SHERIFF TYRONE SMITH, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

*Pro se* Plaintiff Tommy Kendrick Williams filed the complaint (Doc. No. 1) on May 14, 2024. The docket sheet reflects that both Defendants were served on May 24, 2024. (Doc. No. 6.) Unless Defendants timely waived service,[1] Defendants were obligated to answer or otherwise respond to the complaint not later than June 14, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A), (b), (e). No answer or other response has been filed. Plaintiff has not moved for entry of default or for default judgment. *See* Fed. R. Civ. P. 55(a)-(c). No motions are pending. The case is at a standstill.

This court is obliged to manage its docket to ensure the just, speedy, and efficient resolution of the cases before it. *See Dietz v. Bouldin*, 579 U.S. 40, 45, 47 (2016) (invoking "Rule 1 [of the Federal Rules of Civil Procedure]'s paramount command: the just, speedy, and inexpensive resolution of disputes" and the federal courts' inherent powers "to manage

---

[1] The record does not contain evidence that service was timely waived.

their dockets and courtrooms with a view toward the efficient and expedient resolution of cases"); *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43, (1991) (holding that federal courts are vested with inherent powers that are "'governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases'" (quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630–631 (1962)). In accordance with these responsibilities, the court will not allow cases to sit dormant on its docket for no apparent reason. This is Plaintiff's case, and it is his responsibility to prosecute it if he wishes to pursue it. *See Sullivan v. Prattville Health & Rehab., LLC*, No. 3:22-CV-702-RAH-JTA, 2024 WL 2755683, at *6 (M.D. Ala. May 29, 2024) (recommendation of the magistrate judge) ("[A] *pro se* party must take responsibility for the obligations to which he committed when he filed the case and complete his required filings by the applicable deadlines.").

Plaintiff is ADVISED that, even as a *pro se* litigant, he must comply with this court's orders, the court's local rules,[2] and the Federal Rules of Civil Procedure,[3] just as any other litigant must do. *Municipality of Dothan v. Hammond*, No. 1:24-CV-289-ECM-JTA, 2024 WL 2378870, at *1 n.1 (M.D. Ala. May 22, 2024) ("[T]hough he is *pro se*, [a litigant] is required to comply with court orders and the Federal Rules of Civil Procedure."

---

[2] The Local Rules for the United States District Court for the Middle District of Alabama may be found on the court's website at https://www.almd.uscourts.gov/alabama-middle-district-local-rules.

[3] The Federal Rules of Civil Procedure may be found on the court's website at https://www.almd.uscourts.gov/representing-yourself. They may also be found at https://www.almd.uscourts.gov/about/rules-orders-procedures.

(citing *Maus v. Ennis*, 513 F. App'x 872, 878 (11th Cir. 2013))). Plaintiff is further ADVISED that failure to prosecute this case or failure to comply with court orders may result in sanctions, including monetary sanctions or the dismissal of this case with or without prejudice. *See Smith v. Circle K., Inc.*, No. 2:23-CV-78-MHT-JTA, 2023 WL 6849992, at *2 (M.D. Ala. Oct. 17, 2023), *report and recommendation adopted*, No. 2:23-CV-78-MHT, 2023 WL 7287880 (M.D. Ala. Nov. 3, 2023).

Accordingly, it is ORDERED that, **on or before July 19, 2024,** Plaintiff shall EITHER

1. show cause, in writing, why this case should not be dismissed for failure to prosecute, OR

2. proceed under Rule 55 of the Federal Rules of Civil Procedure by seeking entry of default and default judgment, OR

3. file a written notice that he wishes to voluntarily dismiss this action.

*Failure to timely comply with this Order may result in sanctions, including dismissal of this action with or without prejudice.*

DONE this 2nd day of July, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE