# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**Tommy Kendrick Williams**
**2844 Hwy 10**
**Clio, AL 36017**

9590 9402 3775 8032 1267 49

2. Article Number (Transfer from service label)
7022 0410 0003 4073 7448

PS Form 3811, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Tommy K. Williams
C. Date of Delivery: 7-8-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

#7

24cv287

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 3775 8032 1267 49

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

OFFICE OF THE CLERK
U. S. DISTRICT COURT
ONE CHURCH ST., RM B-110
MONTGOMERY, AL 36104

RECEIVED 2024 JUL 11 A 11:03