IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2024 JUL 17 P 2:52

Tommy Kendrick Williams )
)
_____ )
Plaintiff ) CASE # 2:24-CV-287-ECM-JTA
)
)
Lt. Deputy Tracey Reece )
Sheriff Tyrone Smith )
Defendant(s)

## Motion for Entry of Default

Plaintiff moves the Court for an Entry of Default, against Defendants Lt. Deputy Tracey Reece and Sheriff Tyrone Smith, Per Order of this Court to Proceed (Document 7) Filed 07/02/2024. The Record reflects that Defendants were served on 05/24/2024 (Document 6). I also think the Law would favor me given the Facts of the Case Before us.

Tommy Kendrick Williams

*[signature]*

Plaintiff

07/17/2024

2844 Hwy 10
Clio, AL 36017

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, _Tommy K. Williams_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail Certified_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _17_ day of _July_ 2024 to:

_Tracey Reece, Lt. Deputy BCSO_
_24 Robertson Airport Dr._
_Clayton, AL 36016_

_07/17/2024_
Date

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

## CERTIFICATE OF SERVICE

I, _Tommy K. Williams_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail Certified_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _17_ day of _July_ 202_4_ to:

_Sheriff Tyrone Smith_
_24 Robertson Airport Dr._
_Clayton, AL 36016_

_07/17/2024_
Date

_[signature]_
Signature